IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA,
CHARLOTTE DIVISION
CASE NO.: 3:12-cv-794

KIMBERLY L. PARTON, )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
VS. )　　**STIPULATION OF DISMISSAL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
WAL-MART STORES EAST, LP )
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　Defendant. )

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate as follows:

　　1)　Plaintiff's claim for punitive damages is dismissed with prejudice;

　　2)　Plaintiff's remaining claims are dismissed without prejudice;

　　3)　Plaintiff has one year from the filing of this stipulation within which to re-file her action.

　　4)　In the event that Plaintiff re-files her action, said action must be filed in the District Court of the United States for the Western District of North Carolina.

Respectfully submitted, this the 4th day of February, 2013

| /s/Brad Collins | /s/K. Neal Davis |
|---|---|
| D. Braswell Collins – Attorney for Plaintiff | K. Neal Davis - Attorney for Defendant |
| NC Bar #: 32626 | NC Bar #: 5570 |
| The Roberts Law Firm, PA | Guthrie, Davis, Henderson and Staton, PLLC |
| P.O. Box 2335 | 719 East Blvd. |
| Gastonia, NC 28053-2335 | Charlotte, NC 28203 |
| 704-865-1271 | 704-372-5600 |
| Fax – 704-865-1488 | Fax – 704-372-4601 |
| brad@robertsfirm.com | kndavis@gdhs.com |

113jnd24-1.dis